PROB 12B
(7/93)

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF GEORGIA

FEB 21 2008

REQUEST FOR ESTABLISHING PAYMENT SCHEDULE

JAMES N. ____, CLERK
By: _____ Deputy Clerk

Name of Offender: **John Chan**                     Case No. **1:96-CR-417-04-JEC**

Name of Sentencing Judicial Officer: **Honorable Julie E. Carnes**

Original Offense:    Obstruction of Interstate Commerce by Robbery
                     Possession of a Firearm During a Crime of Violence

Date of Original Sentence: September 18, 1997

Original Sentence:   77 months custody of BOP, 3 years of supervised release, $300 special assessment fee (*paid in full*), $3,000 fine (*balance of $2,450*), $1,100 restitution (*paid in full*), financial disclosure, no new credit, drug testing and treatment and search condition.

Date Supervision Commenced: July 27, 2006

Type of Supervision: Supervised Release

## PETITIONING THE COURT

To establish a payment schedule as follows:

The defendant shall pay no less than $100.00 per month toward the court ordered fine amount of $3,000.

The offender reports a gross monthly income of approximately $1,600 (verified) and the recommended payment amount is in accordance with the Monthly Restitution/Fine Payment Scale adopted by the U.S. Probation Office and the Court.

THE COURT ORDERS
the payment schedule as noted above filed and
made a part of the records in the above case.

_____
Honorable Julie E. Carnes
U. S. District Court Judge

Date: February 20, 2008

Respectfully,

_____
David D. Davis
U. S. Probation Officer

Place: Atlanta, Georgia

Date: January 28, 2008

_____
Paul T. O'Connor
Supervising U.S. Probation Officer